UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THOMAS W. MCNAMARA, as the Court-
Appointed Receiver in *Consumer Financial
Protection Bureau, et al. v. StratFS, LLC, et
al.*, 24-CV-00040-EAW-MJR (W.D.N.Y.),

               Plaintiff/Movant,

    v.

KRF CAPITAL LLC,

               Defendant/Respondent.

Case No. 1:26-CV-01184-EAW-MJR

---

### ORDER GRANTING MOTION OF THOMAS W. MCNAMARA, AS COURT-APPOINTED RECEIVER, TO COMPEL KRF CAPITAL LLC TO COMPLY WITH DOCUMENT SUBPOENA

On August 12, 2025, Thomas W. McNamara, As Court-Appointed Receiver in *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, 24-CV-40 (W.D.N.Y.) (the "CFPB Action"), filed, in the United States District Court for the Southern District of Florida, a Motion to Compel KRF Capital LLC to Comply with Document Subpoena (the "Motion to Compel") and Request for Transfer Pursuant to Fed. R. Civ. P. 45(F). (Dkt. No. 1) On June 21, 2026, the Hon. Marty Fulgueira Elfenbein, United States Magistrate Judge of the Southern District of Florida, granted transfer of the Receiver's Motion to Compel to the Western District of New York. (Dkt. No. 21)

On June 17, 2026, this Court scheduled a hearing to address the Motion to Compel, to be held on July 7, 2026. (Dkt. No. 25) Notice of the hearing was sent to counsel for the Receiver and counsel for KRF Capital LLC. (*Id.*) A hearing addressing the Motion to Compel was held on July 7, 2026, with counsel appearing on behalf of the Receiver. (Dkt. No.31) Counsel for KRF Capital LLC failed to appear. (*Id.*)

Pursuant to the preliminary injunction ("PI") issued by this Court in the CFPB Action, the Receiver is authorized to retain exclusive custody, control, and possession of all receivership assets as well as to obtain an accounting of receivership assets. The PI also grants the Receiver the authority to issue subpoenas to obtain documents and records pertaining to the receivership estate and compliance with the PI. This Court has reviewed the subpoena issued by the Receiver to KRF Capital LLC and finds it to be consistent with the Receiver's duties and authority under the PI. The subpoena also complies with Rule 45 of the Federal Rules of Civil Procedure. This Court has considered the objections to the subpoena raised by KRF Capital LLC (Dkt. Nos. 9, 12, 17) and finds them to be without merit. For these reasons, and for the reasons stated in the Receiver's Motion to Compel and the Receiver's other filings in support thereof (Dkt. Nos. 1, 11, 15), the Receiver's request to compel KRF Capital LLC to comply with the Receiver's subpoena for documents is granted.

WHEREAS, having considered the Receiver's Motion to Compel KRF Capital LLC to Comply with Document Subpoena, the Declaration of Alexander D. Wall in support of the Motion, KRF Capital LLC's opposition to the Receiver's Motion, and the Receiver's reply, and having considered the pertinent evidence and other filings before the Court, the Court finds good cause, and so,

IT IS HEREBY ORDERED that the Receiver's Motion (Dkt. No. 1) is granted, that KRF Capital LLC's objections to the Receiver's Subpoena to Produce Documents, Information, or Objects issued by the Receiver on May 5, 2025 are overruled, and that KRF Capital LLC must produce all requested documents within seven (7) days of this Order.

2

IT IS SO ORDERED, this 9th day of July, 2026.

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE